UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:10-CV-26-F

| | |
|---|---|
| BETTY P. LEWIS,<br>      Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| TRUSTEE ALLEN TOBY HEDGEPETH,<br>as trustee under the Allen Toby<br>Hedgepeth Declaration of Trust, dated<br>May 30, 2001,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) |

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:10-CV-27-F

| | |
|---|---|
| MAXINE A. EASTON,<br>      Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| TRUSTEE ALLEN TOBY HEDGEPETH,<br>as trustee under the Allen Toby<br>Hedgepeth Declaration of Trust, dated<br>May 30, 2001,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) |

### ORDER

The appeal having been decided in *Hedgepeth v. Parker's Landing POA*, No. 09-1768 (4th Cir. July 2, 2010), it hereby is ORDERED that the stay [DE-6] entered in these consolidated cases on June 18, 2010, is LIFTED. The Clerk of Court is DIRECTED to schedule and notice a hearing on the plaintiffs' Motion for Preliminary Restraining Order, Attachment 1 to [DE-1],

before the undersigned on **Thursday, July 22, 2010, at 10:30 a.m.**, at the Alton Lennon Federal Building, Two Princess Street, Wilmington, North Carolina.

SO ORDERED.

This the _16_ day of July, 2010.

                                                  JAMES C. FOX
                                                  Senior United States District Judge

2